463 A.2d 39

Commonwealth v. Douglas, Appellant.

Petition for Allowance of Appeal
Denied Nov. 17, 1983.

Submitted March 31, 1983.
Richard S. Levine, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.

463 A.2d 39

Commonwealth v. Gale, Jr., Appellant.

Submitted February 23, 1983. Bernard J. Rabik, Assistant Public Defender, for appellant; Edward J. Tocci, District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and MONTEMURO, JJ.

Judgment of sentence affirmed.